12115.001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT L. LAUER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 13-CV-765-JED-TLW |
| | ) | |
| (1) PHILLIP ANNIS, individually, and in his official capacity; <br> (2) DANA SINGER, individually, and in her official capacity; <br> (3) CITY OF BIXBY, a Municipal Corporation, | ) | |
| | ) | |
| Defendants | ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Robert L. Lauer, by and through his attorney of record, James R. Hicks of Barrow & Grimm, P.C., and Defendants, Phillip Annis, Dana Singer, and City of Bixby, by and through their attorney of record, Thomas A. LeBlanc and Phillip R. Peak of Best & Sharp, and stipulate and request that the Court dismiss this action with prejudice.

Respectfully Submitted,

Barrow & Grimm, P.C.

/s/ James R. Hicks
**James R. Hicks**, OBA No. 11345
110 W. 7th St., Suite 900
Tulsa, Oklahoma 74119
(918) 584-1600        585-2444 Fax
Email: jhicks@barrowgrimm.com
*Attorneys for Plaintiff*

/s/ Thomas A. LeBlanc
Thomas A. LeBlanc, OBA No. 14768
Phillip R. Peak
Best & Sharp
Williams Center Tower I
One West Third St., Suite 900
Tulsa, OK 74103
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies on the date signified by the file-stamp affixed hereto, he served the following person(s) by causing a true and correct copy of the above and foregoing to be placed in the United States Mail, first class, with postage duly prepaid thereon, as follows:

Thomas A. LeBlanc
Best & Sharp
Williams Center Tower I
One West Third St., Suite 900
Tulsa, OK 74103
*Attorney for Defendants*

/s/ James R. Hicks
**James R. Hicks**